IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SWH MIMI'S CAFE, LLC,<br><br>     Plaintiff,<br><br> vs.<br><br>PAN FRIED OMAHA, LLC, KC HOPPS LTD., BARLEY'S, LTD., FALCON RIDGE RESTAURANT, LLC, BARLEY'S BREWHAUS, LLC, BLUE MOOSE OVERLAND PARK, LLC, BLUE MOOSE, LLC, KANSAS CITY EAST CHICKEN COMPANY, LLC, PAN FRIED, LLC, and PAN FRIED 2 LLC,<br><br>     Defendants. | 8:18CV20<br><br>**ORDER** |

Upon the parties' Stipulation for Dismissal with Prejudice (Filing No. 44),

**IT IS ORDERED** that this case is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated this 27th day of November, 2018.

                  BY THE COURT:

                  s/ Susan M. Bazis
                  United States Magistrate Judge